# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ELIA RODRIGUEZ, et al., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:21-cv-01405 DAD JLT <br><br> ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE <br><br> Old Case Number: 1:21-cv-01405 DAD JLT <br> New Case Number: 1:21-cv-01405 DAD BAM |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Barbara A. McAuliffe. **The new case number is 1:21-cv-01405 DAD BAM**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **September 22, 2021**  /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE