UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ELIA RODRIGUEZ, et al., | Case No. 1:21-cv-01405-DAD-BAM |
| Plaintiffs, | **ORDER ADOPTING STIPULATION RE FILING OF THIRD AMENDED COMPLAINT PURSUANT TO FRCP RULE 15(a)(2)** |
| v. | |
| COUNTY OF KERN, et al., | (Doc. 28) |
| Defendants. | |

On July 29, 2022, the parties filed a stipulation to allow: (1) Plaintiffs to file a Third Amended Complaint to add Kern County Hospital Authority as a named defendant; and (2) Defendants to answer or otherwise respond to the Third Amended Complaint on or before August 19, 2022.  (Doc. 28.)  On the same date, Plaintiffs filed a Third Amended Complaint.  (Doc. 79.)

For cause appearing, the parties' stipulation is HEREBY ADOPTED, nunc pro tunc, allowing Plaintiffs to file the Third Amended Complaint to add Kern County Hospital Authority as a named defendant in this case.  Defendants shall answer or otherwise respond to the Third Amended Complaint on or before August 19, 2022.

IT IS SO ORDERED.

Dated: **August 3, 2022**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1