UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ELIA RODRIGUEZ, et al., | Case No. 1:21-cv-01405-ADA-BAM |
| Plaintiffs, | **ORDER GRANTING IN PART THE PARTIES' STIPULATION TO MODIFY SCHEDULING ORDER AND VACATING CERTAIN PRETRIAL DATES AND TRIAL** |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | (Doc. 48.) |

On January 20, 2023, the parties filed a stipulation to amend the deadlines in the current Scheduling Order to allow for sufficient time to complete discovery. (Doc. 48.) The parties explained that Plaintiffs filed their fourth amended complaint on September 1, 2022, and the parties would benefit from an extension of six months to complete discovery. (*Id. ¶* 14.) On February 1, 2023, the Court held a status conference to discuss the stipulation. Plaintiffs' fourth amended complaint added a party, Kern County Hospital Authority, and that newly added party filed a motion to dismiss, which remains pending. In light of the motion to dismiss, the parties agreed at the status conference to extend the non-expert discovery deadline and to vacate the remaining dates in the amended Scheduling Order, pending resolution of the motion to dismiss. (Doc. 42.)

///

Based on the foregoing and good cause appearing, the parties' request to modify the current Scheduling Order is GRANTED IN PART. Fed. R. Civ. P. 16(b)(4). IT IS HEREBY ORDERED as follows:

1. The Scheduling Order issued on September 15, 2022 (Doc. 42), is MODIFIED as follows:

   Non-Expert Discovery Cutoff:              October 31, 2023

2. The remaining dates in the Scheduling Order (Doc. 42), including the dates for Expert Disclosure Deadlines, Expert Discovery Cutoff, Dispositive Motion Briefing Deadlines, Pretrial Conference, and Jury Trial, are **VACATED**.

3. A Status Conference is SET for **May 24, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file individual Status Reports one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 1, 2023**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE