**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ELIA RODRIGUEZ, SANTIAGO RODRIGUEZ, AND THE ESTATE OF JOSE LUIS RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, SHERIFF DONNY YOUNGBLOOD, COMMANDER MARK WARREN, BILL WALKER, NURSE BLANK, TINA MARIE GONZALES L.V.N., DEPUTY LAURA ESCOBAR (#203169), DEPUTY JOE MANZA GARCIA, KERN COUNTY HOSPITAL AUTHORITY AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 1:21-cv-01405-ADA-BAM**<br><br>[PROPOSED] **ORDER RE STIPULATION TO VACATE NON-EXPERT DISCOVERY CUTOFF (DKT. 55)**<br><br>Complaint filed: 9/21/21<br><br>Trial Date: None |

# ORDER

On February 1, 2023, the Court issued an order modifying the previous scheduling order, vacating dates for Expert Disclosure Deadlines, Expert Discovery Cutoff, Dispositive Motion Briefing deadlines, Pretrial Conference, and Jury Trial; and continuing the non-expert discovery cutoff to October 31, 2023 in light of Defendant Kern County Hospital Authority's pending Motion to Dismiss. (Doc. 51.)  On October 20, 2023, the parties filed a stipulation in which they note that Defendant Kern County Hospital Authority's Motion to Dismiss (Doc. 44) remains pending and requested the Court vacate the October 31, 2023 non-expert discovery cutoff deadline.  (Doc. 55.)

Having considered the parties' stipulation, and for good cause appearing, the parties' request to modify the current scheduling order is GRANTED.  The discovery cutoff date of October 31, 2023 is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **October 23, 2023**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE