# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ELIA RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-01405-NODJ-BAM<br><br>**ORDER RE STIPULATION TO VACATE ALL DATES AND PERMIT WRITTEN DISCOVERY**<br><br>(Doc. 58) |

On December 18, 2023, the parties filed a stipulation to vacate the January 8, 2024 status conference, vacate all remaining dates in this case, and permit the parties to engage in written discovery. The parties request such relief due to the pending motion to dismiss filed by Kern County Hospital Authority and the temporary reassignment of this action to No District Court Judge. (Doc. 58.) The Court previously vacated all pretrial discovery dates and trial in this action, including the deadline for completion of written discovery. (*See* Docs. 51, 56.)

Having considered the parties' stipulation, and good cause appearing, the Status Conference currently set for January 8, 2024, is HEREBY CONTINUED to **July 9, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Status Report one week prior to the conference. All other remaining deadlines are VACATED pending resolution of the motion to dismiss filed by Kern County Hospital Authority. However, the parties are permitted to engage in written discovery.

The parties shall appear at the continued conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with

1

the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **December 19, 2023**          /s/ Barbara A. McAuliffe          _
                                        UNITED STATES MAGISTRATE JUDGE